PHILLIP A. TALBERT
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TIMOTHY L. HOLT,<br><br>            Defendant. | CASE NO. 2:17-MJ-0112 AC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING |

The parties request that the preliminary hearing currently set for July 12, 2017, be continued to August 25, 2017, and stipulate that the time beginning July 12, 2017, and continuing through August 25, 2017, is extended for good cause and with the defendant's consent pursuant to F.R.Cr.P. 5.1(c) and (d). The parties submit that the ends of justice, that is, the public's interest in a prompt disposition of criminal cases, are served by the Court extending the time to hold a preliminary hearing, so that counsel for the defendant may have reasonable time to prepare a pre-indictment plea proposal for the government's consideration and review. Specifically, counsel needs additional time to investigate the facts of the case, review discovery that has yet to be produced and to negotiate a resolution to this matter. The parties stipulate and agree that the interest of justice are served by grating this continuance based upon the above information.

///

Stipulation and Order                                            1

| | |
|---|---|
| Dated:  June 30, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| Dated:  June 30, 2017 | /s/ Jill M. Thomas<br>JILL M. THOMAS<br>Assistant United States Attorney |
| Dated:  June 30, 2017 | /s/ Jill M. Thomas for Noa Oren<br>NOA OREN<br>Attorney for defendant Timothy L. Holt |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the preliminary hearing presently set for July 12, 2017, be continued to August 25, 2017. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds the ends of justice are served by granting a continuance with the Court taking into account the public's interest in a prompt disposition of criminal cases.  It is ordered that the preliminary hearing currently set for July 12, 2017, be extended to August 25, 2017.

Dated: June 30, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order

2