UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
July 11, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TIMOTHY L. HOLT, ) <br> ) <br> Defendant. ) | Case No. 2:17MJ00112-AC-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIMOTHY L. HOLT__, Case No. __2:17MJ00112-AC-1__, Charge __18USC § 2422(b)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ __20,000.00__

    ✔ Unsecured Appearance Bond $__50,000.00__

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial conditions as stated on the record.__

**The defendant shall be released July 12, 2017 at 9:00 a.m. to the Pretrial Services Officer**

Issued at __Sacramento, CA__ on __July 11, 2017__ at __11:46 am__.

By  /s/ Allison Claire/s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court