HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
TIMOTHY L. HOLT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-mj-112-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUSION OF TIME** |
| v. | |
| TIMOTHY L. HOLT, | Date: April 6, 2018 |
| Defendant. | Time: 2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

Plaintiff, United States of America, by and through Assistant United States Attorney Jill Thomas, and Defendant Timothy Holt, through his attorney Noa E. Oren, Assistant Federal Defender, hereby stipulate to continue the Preliminary Hearing set for April 6, 2018 to April 27, 2018, at 2:00 p.m.

The parties agree that the time beginning April 6, 2018 extending through April 27, 2018, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for a Preliminary Hearing until April 6, 2018. Fed.R.Crim.P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular,

Stipulation and Order to Continue Preliminary
Hearing and Exclusion of Time

-1-

1   the time is required so that the parties can conduct investigation and review discovery.  Mr. Holt
2   consents to this continuance.
3        The parties stipulate that the interests of justice outweigh the interest of the public and the
4   defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause
5   outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).
6        IT IS SO STIPULATED.

Dated: March 27, 2018                HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Noa E. Oren*
                                     NOA E. OREN
                                     Assistant Federal Defender
                                     Attorney for TIMOTHY L. HOLT

Dated: March 27, 2018                MCGREGOR W. SCOTT
                                     United States Attorney

                                     */s/ Jill M. Thomas*
                                     JILL M. THOMAS
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

**O R D E R**

The Court has read and considered the Stipulation to Continue the Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to April 27, 2018, at 2:00 p.m.

2. The time between April 6, 2018, and April 27, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: March 28, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge