HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
TIMOTHY L. HOLT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-mj-112-AC |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUSION OF TIME** |
| v. | ) ) | |
| TIMOTHY L. HOLT, | ) ) | Date: July 20, 2018 Time: 2:00 p.m. |
| Defendant. | ) ) ) | Judge: Hon. Allison Claire |

Plaintiff, United States of America, by and through Assistant United States Attorneys Jill Thomas and Matthew Segal, and Defendant Timothy Holt, through his attorney Noa E. Oren, Assistant Federal Defender, hereby stipulate to continue the Preliminary Hearing set for July 20, 2018 to August 24, 2018, at 2:00 p.m.

The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including August 24, 2018,

Stipulation and Order to Continue Preliminary
Hearing and Exclusion of Time

-1-

pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

The parties agree that the time beginning July 20, 2018 extending through August 24, 2018, should be excluded from the calculation of time under the Speedy Trial Act and for all speedy trial purposes. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until August 24, 2018. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation and review discovery. Mr. Holt consents to this continuance.

The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

IT IS SO STIPULATED.

Dated: July 9, 2018                HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Noa E. Oren*
                                   NOA E. OREN
                                   Assistant Federal Defender
                                   Attorney for TIMOTHY L. HOLT

Dated: July 9, 2018                MCGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Jill M. Thomas*
                                   JILL M. THOMAS
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

**O R D E R**

The Court has read and considered the Stipulation to Continue the Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to August 24, 2018, at 2:00 p.m.

2. The time between July 20, 2018, and August 24, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  July 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE