HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
TIMOTHY L. HOLT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:17-mj-112-AC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| | ) | **TO CONTINUE PRELIMINARY HEARING** |
| v. | ) | **AND EXCLUSION OF TIME** |
| | ) | |
| TIMOTHY L. HOLT, | ) | Date: August 24, 2018 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |
| | ) | |
| | ) | |

        Plaintiff, United States of America, by and through Assistant United States Attorney

Matthew Segal and Defendant Timothy Holt, through his attorney Noa E. Oren, Assistant

Federal Defender, hereby stipulate to continue the Preliminary Hearing set for August 24, 2018

to September 5, 2018, at 2:00 p.m.

        The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or

indictment charging an individual with the commission of an offense shall be filed within thirty

days from the date on which such individual was arrested."  Time may be excluded under the

Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or

information shall be filed from the date of this order, through and including August 24, 2018,

1    pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the

2    defendant . . . the reasonable time necessary for effective preparation, taking into account the

3    exercise of due diligence."

4         The parties agree that the time beginning August 24, 2018 extending through September

5    5, 2018, should be excluded from the calculation of time under the Speedy Trial Act and for all

6    speedy trial purposes.  Further, the Defendant consents to an extension of the time for a

7    Preliminary Hearing until September 5, 2018.  Fed.R.Crim.P. 5.1(d).  The parties submit that the

8    ends of justice are served by the Court excluding such time, so that they may have reasonable

9    time necessary for effective preparation, taking into account the exercise of due diligence.  18

10   U.S.C. § 3161(h)(7)(B)(iv).  In particular, the time is required so that the parties can conduct

11   investigation and review discovery.  Mr. Holt consents to this continuance.

12        The parties stipulate that the interests of justice outweigh the interest of the public and the

13   defendant in a speedy trial and further that this good cause outweighs the public's interest in the

14   prompt disposition of criminal cases.

15        IT IS SO STIPULATED.

16

17   Dated: August 22, 2018               HEATHER E. WILLIAMS

18                                         Federal Defender

19                                         */s/ Noa E. Oren*

20                                         NOA E. OREN
                                          Assistant Federal Defender

21                                           Attorney for TIMOTHY L. HOLT

22   Dated: August 22, 2018               MCGREGOR W. SCOTT

23                                         United States Attorney

24                                         */s/ Matthew Segal*
                                          MATTHEW SEGAL

25                                         Assistant United States Attorney

26                                         Attorney for Plaintiff

27

28

1

**O R D E R**

2      The Court has read and considered the Stipulation to Continue the Preliminary Hearing

3   Pursuant to Rule 5.1(d) and Exclusion of Time. The Court hereby finds that the Stipulation,

4   which this Court incorporates by reference into this Order, demonstrates good cause for an

5   extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of

6   Criminal Procedure.

7      Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the

8   interests of justice served by granting this continuance outweigh the interests of the public and

9   the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.  The Court

10   further finds that the extension of time would not adversely affect the public interest in the

11   prompt disposition of criminal cases.

12      THEREFORE, FOR GOOD CAUSE SHOWN:

13      1. The preliminary hearing is continued to September 5, 2018, at 2:00 p.m.

14      2. The time between August 24, 2018, and September 5, 2018, shall be excluded from

15   calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

16      3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

17
18      IT IS SO ORDERED.

19
Dated: August 22, 2018

20                                              HON. EDMUND F. BRENNAN
21                                              United States Magistrate Judge

22

23

24

25

26

27

28