HEATHER E. WILLIAMS, #122664
Federal Defender
NOA EVA OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
TIMOTHY HOLT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TIMOTHY HOLT,<br><br>  Defendant. | Case No. 2:18-cr-177-KJM<br><br>UNOPPOSED REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER<br><br>Judge:  Hon. Deborah Barnes |

The defendant, Timothy Holt, through counsel, Assistant Federal Defender Noa E. Oren, respectfully requests that this Court modify the conditions of his pretrial supervision by imposition of a curfew in lieu of house arrest. The Court previously allowed amendment to his release conditions. (*See* Dockets 16 and 19.) Mr. Holt has been in full compliance with the terms of his pretrial release since his release in July 2017. Pretrial Services is in agreement with this request. The AUSA has been consulted and has no objection to this request.

DATED: October 9, 2018                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Noa Oren*
                                                NOA EVA OREN
                                                Assistant Federal Defender
                                                Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY HOLT,<br><br>　　　　Defendant. | Case No. 2:18-cr-177-KJM<br><br>ORDER FOR UNOPPOSED REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>Judge:　Hon. Deborah Barnes |

The Court hereby **orders** that special condition number 11 be amended to amend Mr. Holt's house arrest to a curfew as follows:

　i)　*CURFEW: You must remain inside your residence every day from 10:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.*

Dated: October 9, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Order