| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA EVA OREN, #297100 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorneys for Defendant |
| | TIMOTHY HOLT |
| 6 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-177-KJM |
| Plaintiff, | ) | |
| v. | ) | UNOPPOSED REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |
| TIMOTHY HOLT, | ) | |
| Defendant. | ) | Judge:  Hon. Deborah Barnes |

The defendant, Timothy Holt, through counsel, Assistant Federal Defender Noa E. Oren, respectfully requests that this Court permit him to travel to his sentencing hearing on February 5, 2019, as follows:

> Timothy Holt will be traveling from Oklahoma via car with his Girlfriend-Cassie Winegar, Daughter-Berklee Winegar, Mother-Kathy Holt and Brother-Aaron Holt. They will leave early in the morning on Sunday February 3, 2019 and arrive in Las Vegas, Nevada in the evening. The route will be I-44, and I-40 until they get to Kingman, AZ and then they will take Hwy. 93. They will stay in a local Motel/Hotel TBA.
>
> On Monday morning February 4, 2019, Timothy and Cassie will go to the County Department of Records to change their Daughter's birth certificate listing Timothy as the Father and changing Berklee's last name to Holt. After signing the necessary paperwork they will continue onto Sacramento via car on I-15. Hwy. 58 and Hwy. 99. While in the Sacramento area Timothy will stay with Caleb Holt his Brother at 6041 Northcrest Circle Unit 1, Carmichael, CA 95608. During Mr. Holt's travels he will monitored via ankle monitor by pretrial services.

Request to Modify Conditions of Release         -1-

The Court previously allowed amendment to Mr. Holt's release conditions. (*See* Dockets 16, 19, and 43.) Mr. Holt has been in full compliance with the terms of his pretrial release since his release in July 2017. Pretrial Services has investigated the travel plan. The AUSA has been consulted and has no objection to this request.

DATED: January 10, 2019  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA EVA OREN
Assistant Federal Defender
Attorneys for Defendant

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | Case No. 2:18-cr-177-KJM |
| Plaintiff, | ) ) ) |  |
| v. | ) ) | ORDER FOR UNOPPOSED REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| TIMOTHY HOLT, | ) ) |  |
| Defendant. | ) ) ) | Judge: Hon. Deborah Barnes |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The Court hereby **orders** that special condition number 5 be amended to add Mr. Holt's travel arrangements for his sentencing:

Timothy Holt will be traveling from Oklahoma via car with his Girlfriend-Cassie Winegar, Daughter-Berklee Winegar, Mother-Kathy Holt and Brother-Aaron Holt. They will leave early in the morning on Sunday February 3, 2019 and arrive in Las Vegas, Nevada in the evening. The route will be I-44, and I-40 until they get to Kingman, AZ and then they will take Hwy. 93. They will stay in a local Motel/Hotel TBA.

On Monday morning February 4, 2019, Timothy and Cassie will go to the County Department of Records to change their Daughter's birth certificate listing Timothy as the Father and changing Berklee's last name to Holt. After signing the necessary paperwork they will continue onto Sacramento via car on I-15. Hwy. 58 and Hwy. 99. While in the Sacramento area Timothy will stay with Caleb Holt his Brother at 6041 Northcrest Circle Unit 1, Carmichael, CA 95608. During Mr. Holt's travels he will monitored via ankle monitor by pretrial services.

Dated: January 11, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Order