| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| | Noa_oren@fd.org |

Attorney for Defendant
TIMOTHY HOLT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-177 JAM |
| Plaintiff, | REQUEST TO RECONVEY REAL PROPERTY; ORDER |
| vs. | |
| TIMOTHY HOLT, | Judge: Hon. John A. Mendez |
| Defendant. | |

Defendant, by and through his undersigned counsel, Noa Oren, hereby requests the Court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey the property posted to secure Defendant's pre-trial release back to the property owners, Christopher and Kathy Holt (Doc 10). <u>See</u> attached Exhibit A

Defendant, Timothy Holt, was sentenced on February 5, 2019 to 21 months imprisonment at the Bureau of Prisons. Mr. Holt voluntarily surrendered to Texarkana FCI on April 2, 2019.

Dated: March 8, 2017                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Noa E. Oren*
                                        NOA E. OREN
                                        Assistant Federal Defender
                                        Attorney for TIMOTHY HOLT

1

# ORDER

The Court hereby grants the request to reconvey real property posted to secure Defendant's pre-trial release and authorize the Clerk of the United States District Court to reconvey real property to property owners, Christopher and Kathy Holt.

**IT SO ORDERED.**


Dated: April 9, 2019                     /s/ John A. Mendez
                                         Hon. JOHN A. MENDEZ
                                         United States District Court Judge

Request to Reconvey Real Property;
Proposed Order