HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
TIMOTHY HOLT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-177 JAM |
| Plaintiff, | REQUEST TO RECONVEY REAL PROPERTY; [PROPOSED] ORDER |
| vs. | Judge: Hon. John A. Mendez |
| TIMOTHY HOLT, | |
| Defendant. | |

Defendant, by and through his undersigned counsel, Noa Oren, hereby requests the Court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey the property posted to secure Defendant's pre-trial release back to the property owners, Christopher and Kathy Holt (See Clerk's Docket #10, one appearance bond).

Defendant, Timothy Holt, was sentenced on February 5, 2019 to 21 months imprisonment at the Bureau of Prisons. Mr. Holt voluntarily surrendered to Texarkana FCI on April 2, 2019.

On April 9, 2019, and order granting to reconvey the property was signed by Judge Mendez.

On April 9, 2019, the court mailed a reconveyance to the property owners Christopher and Kathy Holt at 8214 South Marion Ave, Tulsa, OK, 74137 and noted that the original Deed of Trust was never received by the court. (See Clerk's Docket #56).

On April 17, 2020, we were informed by the property owners that the County Recorder's

Office will not accept the court's reconveyance without a description of the property.

The description of the property is as follows:

Lot Ten (10), Block Four (4), Forest Creek, an Addition in the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat No. 3667.

Dated: April 17, 2020                                Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Noa E. Oren*
                                              NOA E. OREN
                                              Assistant Federal Defender
                                              Attorney for TIMOTHY HOLT

Request to Reconvey Real Property;
Proposed Order

HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
TIMOTHY HOLT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY HOLT, <br><br> Defendant. | Case No. 2:18-cr-177 JAM <br><br> REQUEST TO RECONVEY REAL PROPERTY; [PROPOSED] ORDER <br><br> Judge: Hon. John A. Mendez |

## ORDER

The Court hereby grants the request to reconvey real property located at 8214 South Marion Ave, Tulsa, OK, 74137 described as follows:

> Lot Ten (10), Block Four (4), Forest Creek, an Addition in the City of Tulsa, Tulsa County, State of Oklahoma, according to the recorded Plat No. 3667

posted to secure Defendant's pre-trial release and authorizes the Clerk of the United States District Court for the Eastern District of California to complete a new reconveyance of real property to property owners, Christopher and Kathy Holt at 8214 South Marion Ave, Tulsa, OK, 74137 and list the description of the property on the reconveyance as listed above.

**IT SO ORDERED.**

Dated: April 20, 2020

Hon. JOHN A. MENDEZ
United States District Judge